1  Rebecca Pennell
   Federal Defenders of Eastern Washington and Idaho
2  306 East Chestnut Avenue
   Yakima, Washington 98901
3  (509) 248-8920

4  Attorneys for Defendant

5                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
6

7  UNITED STATES OF AMERICA,      )    CV-12-0534-LRS
                                  )
8          Plaintiff,             )    Declaration of Counsel
                                  )
9      Vs.                        )
                                  )
10  $12,094.42 U.S. CURRENCY,     )
                                  )
11                                )
           Defendant.             )
12  _____      )

13  To:   MICHAEL C. ORMSBY, United States Attorney
          JAMES A. GOEKE, Assistant United States Attorney
14

15       Pursuant to 28 U.S.C. § 1746, I, Rebecca L. Pennell, declare under

16  penalty of perjury that the following is true and correct:

17  1.  On July 12, 2013, the Court appointed the Federal Defenders as

18  counsel for Mr. Isaac Glen Aguigui, based upon his alleged interest in

19  the current *in rem* proceeding. ECF No. 18. The undersigned filed a

20  notice of appearance in response to the Court's order of appointment.

21  2.  Mr. Aguigui is currently in custody in the State of Georgia. The

22  undersigned has been in contact with Mr. Aguigui's appointed counsel in

23  Georgia,  Newell Hamilton. According to Mr. Hamilton as well as records

24

1   received from Georgia, Mr. Aguigui was convicted of two counts of

2   murder and four counts of street gang terrorism in Long County Georgia

3   on July 19, 2013, pursuant to a negotiated plea. Exhibits A and B. Mr.

4   Aguigui was sentence to life without the possibility of parole, along with

5   concurrent 15 year sentences. Exhibit A at 2. Pursuant to the terms of

6   his plea, Mr. Aguigui agreed to forfeit "all assets and property"

7   previously "seized by the government in 2012 from this Defendant under

8   violations of federal law." Exhibit A at 3.

9   3.  The undersigned has confirmed with Mr. Hamilton that Mr. Aguigui's

10  negotiated resolution in the Georgia case contemplated forfeiture of the

11  assets at issue in this matter. Indeed, the current complaint indicates

12  that the assets at issue were seized by the FBI on or about March 9,

13  2012. ECF No. 1. at 7. Thus, they are covered by the plain terms of Mr.

14  Aguigui's judgment. Exhibit A at 3.

15  4.  Given the foregoing circumstances, it appears that there is no

16  impediment to the Court issuing a default judgment in favor of the

17  government in this case.

18  5.  Once judgment is entered, the undersigned would request that the

19  Court issue an order relieving the Federal Defenders of further

20  representation in this matter.

21  //

22  //

23  //

24

Declaration of Counsel          2

Dated:      March 6, 2014 in Yakima County, Washington

Respectfully Submitted,

S/ Rebecca Pennell
Rebecca Pennell, WA 27851
Attorneys for Isaac Glen Aguigui
Federal Defenders of
Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118
Email: Rebecca_Pennell@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: JAMES A. GOEKE, Assistant United States Attorney.

S/ Rebecca Pennell
Rebecca Pennell, WA 27851
Attorneys for Isaac Glen Aguigui

Declaration of Counsel          3