**Exhibit A**

SC-6 Final Disposition Felony Confinement Sentence

## IN THE SUPERIOR COURT OF LONG COUNTY, STATE OF GEORGIA

STATE OF GEORGIA versus

ISAAC GLEN AGUIGUI

CRIMINAL ACTION #:

2012-R-60

MARCH Term of 2013

Clerk to complete if incomplete:

OTN(s): 88382963255
DOB:
Ga. ID#: 4113530L

FILED IN OFFICE LONG COUNTY, GA
2013 JUL 19 PM 1:00
CLERK OF SUPERIOR, STATE & JUVENILE COURT

Final Disposition:
**FELONY CONFINEMENT**

☐ First Offender entered under O.C.G.A. § 42-8-60
☐ Repeat Offender as imposed below
☐ Repeat Offender waived

PLEA:
☒ Negotiated ☐ Non-negotiated

VERDICT:
☐ Jury ☐ Non-jury

The Court enters the following judgment:

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive, Merged, Suspended |
|---|---|---|---|---|---|
| 1 | Malice Murder | Guilty | Life without the possibility of parole | | |
| 2 | Malice Murder | Guilty | Life without the possibility of parole | | Concurrent to Count 1 |
| 3 | Felony Murder | Nol Pros | | | |
| 4 | Felony Murder | Nol Pros | | | |
| 5 | Violation of Street Gang Terrorism and Prevention Act | Guilty | 15 Years to Serve | | Concurrent to Count 1 |
| 6 | Violation of Street Gang Terrorism and Prevention Act | Guilty | 15 Years to Serve | | Concurrent to Count 2 |
| 7 | Violation of Street Gang Terrorism and Prevention Act | Nol Pros | | | |
| 8 | Violation of Street Gang Terrorism and Prevention Act | Nol Pros | | | |
| 9 | Possession of Firearm during Commission of Felony | Nol Pros | | | |
| 10 | Possession of Firearm during Commission of Felony | Nol Pros | | | |
| 11 | Violation of Street Gang Terrorism and Prevention Act | Guilty | 15 Years to Serve | | Concurrent to Count 1 |
| 12 | Violation of Street Gang Terrorism and Prevention Act | Guilty | 15 Years to Serve | | Concurrent to Count 2 |
| 13 | Aggravated Assault | Nol Pros | | | |
| 14 | Aggravated Assault | Nol Pros | | | |

Page 1 of 3

4

The Defendant is adjudged guilty or sentenced under First Offender for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced for a total of <u>LIFE WITHOUT THE POSSIBILITY OF PAROLE, with concurrent 15 year to serve sentences</u>.

The Defendant is to receive credit for time served in custody: ☐ from _____; or ☐ as determined by the custodian.

☐ The Court sentences the Defendant as a recidivist under O.C.G.A.:
☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); or ☐ § _____.

☐ The Defendant shall pay restitution in the amount of $_____ through the Clerk of Court for the benefit of the victim(s), _____.

### FIRST OFFENDER
(If designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

*For Court's Use:*

The Hon. <u>Newell Hamilton, Jr. and April Y. Herbert</u>, Attorneys at Law, represented the Defendant by: ☐ employment; or ☒ appointment.

**SO ORDERED** this <u>19th</u> day of <u>JULY</u>, 20<u>13</u>.

_____
Judge of Superior Court
<u>Atlantic</u> Judicial Circuit

<u>Robert L. Russell, III</u>
*(print or stamp Judge's name)*

FILED IN OFFICE
LONG COUNTY, GA
2013 JUL 19 PM 1:00
CLERK OF SUPERIOR, STATE & JUVENILE COURT

State of Georgia v. Isaac Glen Aguigui
Criminal Action # <u>2012-R-60</u>
SC-6 Final Disposition Felony Confinement Sentence
Page 2 of 3

5

THIS NEGOTIATED RESOLUTION IS CONDITIONED UPON THE FOLLOWING TERMS:

1) The defendant shall testify truthfully at any and all hearings or trials of the co-conspirators, Defendants Anthony Ryan Peden, Indictment No. 2012-R62, Christopher Edward Salmon, Indictment No. 2012-R-64, and Heather Salmon, Indictment No. 2012-R63. Defendant shall testify truthfully at any and all hearings or trials of the Defendants, Adam Brady Dearman, Indictment No. 2012-R-362 and Anthony Garner, Indictment No. 2012-R-362. The Defendant shall cooperate fully with the State of Georgia and any and all law enforcement agencies, be they State or federal, in any type of interview or follow up information or knowledge being sought from said Defendant during the pendency of the above-indicted cases. Additionally, Defendant shall likewise agree to testify truthfully at any and all hearings or trials of any Defendants who may be indicted in the future for Street Gang Terrorism and Prevention Act counts or related crimes arising out of F.E.A.R. gang's activities or for any and all crimes alleged to have been committed by any of said gang members or associates in any jurisdiction. Futhermore, the same required cooperation for interviews by and all law enforcement agencies, state federal or military, applies to said cases.* Defendant shall not be required to answer any questions pertaining to the pending charges with the military involving the deaths of his wife and unborn son. Further, he shall not be required to incriminate himself for any uncharged offenses.

2) Pursuant to O.C.G.A. Section 16-15-5 of the Street Gang Terrorism and Prevention Act, Defendant hereby consents to forfeiture of all property that is deemed contraband under said statute as it is explained and defined in said Code section; this consent forfeiture specifically includes but is not limited to all assets and property heretofore seized by the federal government in 2012 from this Defendant under violations of federal law.

3) Pursuant to O.C.G.A. 16-15-4(l) of the Street Gang Terrorism and Prevention Act: Defendant shall not knowingly have any contact of any kind or character with any other member or associate of a criminal street gang, shall not participate in any criminal gang activity, and shall not knowingly have any contact of any kind or character with victim Michael Roark or Tiffany York's family or household.

**A FAILURE TO COOPERATE IN INTERVIEWS OR REFUSAL TO TESTIFY AS SET FORTH IN CONDITION 1) ABOVE SHALL CONSTITUTE A VIOLATION OF THIS AGREEMENT. ANY SAID VIOLATION WILL SUBJECT DEFENDANT TO THE ORIGINAL OFFENSES IN THIS INDICTMENT AND THE DEATH PENALTY PROVISIONS BEING RE-INSTATED.**

CLERK OF SUPERIOR, STATE & JUVENILE COURT
2013 JUL 19 PH 1:00
FILED IN OFFICE LONG COUNTY, GA

6

SC-6 Final Disposition Felony Confinement Sentence

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me.

_____
Defendant

FILED IN OFFICE
LONG COUNTY, GA
2013 JUL 19 PM 1:14
CLERK OF SUPERIOR,
STATE & JUVENILE COURT

Page 3 of 3

**Exhibit B**

IN THE SUPERIOR COURT OF LONG COUNTY
STATE OF GEORGIA

State of Georgia

v.                                              Case No. 2012-R-060-RR

Isaac Glen Aguigui

### PETITION FOR APPROVAL OF NEGOTIATED PLEA

The District Attorney and the Defendant hereby petition the Court for approval of the terms of the following negotiated Plea and Sentence Recommendation. The Defendant consents to the Court receiving evidence in aggravation and mitigation of punishment following the tender of this plea. The agreement is as follows:

A. Defendant will plead:    (X) Guilty to Count(s): 1,2,5,6,11,12    (X) Nol Pros to Counts: 3,4,7-10,13,14

| Count: | Offense: | Sentence Range: |
|---|---|---|
| 1 | Malice Murder, a Felony | Life/Life without Parole/Death |
| 2 | Malice Murder, a Felony | Life/Life without Parole/Death |
| 3 | Felony Murder, a Felony | Same |
| 4 | Felony Murder, a Felony | Same |
| 5 | Violation of Street Gang Terrorism and Prevention Act | 5-15 years |
| 6 | Violation of Street Gang Terrorism and Prevention Act | 5-15 years |
| 7 | Violation of Street Gang Terrorism and Prevention Act | +10 years |
| 8 | Violation of Street Gang Terrorism and Prevention Act | +10 years |
| 9 | Poss. Of A Firearm During Commission Of A Felony | +5 years |
| 10 | Poss. Of A Firearm During Commission Of A Felony | +5 years |
| 11 | Violation of Street Gang Terrorism and Prevention Act | 5-15 years |
| 12 | Violation of Street Gang Terrorism and Prevention Act | 5-15 years |
| 13 | Aggravated Assault, a Felony | 1-20 years |
| 14 | Aggravated Assault, a Felony | 1-20 years |

**TOTAL SENTENCE: LIFE WITHOUT THE POSSIBILITY OF PAROLE, with concurrent 15 year to serve sentences**

B. The District Attorney agrees to recommend that the defendant be sentenced as follows:

COUNT 1:  LIFE WITHOUT THE POSSIBILITY OF PAROLE

COUNT 2:  LIFE WITHOUT POSSIBILITY OF PAROLE, concurrent to count one

COUNT 3:  NOL PROS

COUNT 4:  NOL PROS

Filed in Open Court
This 19th day of July, 2013
/s/ Sherry M. Long
Clerk of Superior Court, Long County

8

COUNT 5:   15 YEARS TO SERVE CONCURRENT TO COUNT ONE

COUNT 6:   15 YEARS SERVE CONCURRENT TO COUNT TWO

COUNT 7:   NOL PROS

COUNT 8:   NOL PROS

COUNT 9:   NOL PROS

COUNT 10:  NOL PROS

COUNT 11:  15 YEARS TO SERVE CONCURRENT TO COUNT ONE

COUNT 12:  15 YEARS TO SERVE CONCURRENT TO COUNT TWO

COUNT 13:  NOL PROS

COUNT 14:  NOL PROS

9

THIS NEGOTIATED RESOLUTION IS CONDITIONED UPON THE FOLLOWING TERMS:

1) The defendant shall testify truthfully at any and all hearings or trials of the co-conspirators, Defendants Anthony Ryan Peden, Indictment No. 2012-R62, Christopher Edward Salmon, Indictment No. 2012-R-64, and Heather Salmon, Indictment No. 2012-R63. Defendant shall testify truthfully at any and all hearings or trials of the Defendants, Adam Brady Dearman, Indictment No. 2012-R-362 and Anthony Garner, Indictment No. 2012-R-362. The Defendant shall cooperate fully with the State of Georgia and any and all law enforcement agencies, be they State or federal, in any type of interview or follow up information or knowledge being sought from said Defendant during the pendency of the above-indicted cases. Additionally, Defendant shall likewise agree to testify truthfully at any and all hearings or trials of any Defendants who may be indicted in the future for Street Gang Terrorism and Prevention Act counts or related crimes arising out of F.E.A.R. gang's activities or for any and all crimes alleged to have been committed by any of said gang members or associates in any jurisdiction. Futhermore, the same required cooperation for interviews by and all law enforcement agencies, state federal or military, applies to said cases.* Defendant shall not be required to answer any questions pertaining to the pending charges with the military involving the deaths of his wife and unborn son. Further, he shall not be required to incriminate himself for any uncharged offenses.

2) Pursuant to O.C.G.A. Section 16-15-5 of the Street Gang Terrorism and Prevention Act, Defendant hereby consents to forfeiture of all property that is deemed contraband under said statute as it is explained and defined in said Code section; this consent forfeiture specifically includes but is not limited to all assets and property heretofore seized by the federal government in 2012 from this Defendant under violations of federal law.

3) Pursuant to O.C.G.A. 16-15-4(l) of the Street Gang Terrorism and Prevention Act: Defendant shall not knowingly have any contact of any kind or character with any other member or associate of a criminal street gang, shall not participate in any criminal gang activity, and shall not knowingly have any contact of any kind or character with victim Michael Roark or Tiffany York's family or household.

**A FAILURE TO COOPERATE IN INTERVIEWS OR REFUSAL TO TESTIFY AS SET FORTH IN CONDITION 1) ABOVE SHALL CONSTITUTE A VIOLATION OF THIS AGREEMENT. ANY SAID VIOLATION WILL SUBJECT DEFENDANT TO THE ORIGINAL OFFENSES IN THIS INDICTMENT AND THE DEATH PENALTY PROVISIONS BEING RE-INSTATED.**

10

D. THE FOLLOWING ARE APPLICABLE TO THIS AGREEMENT:

(X) Credit for time served, to the date of arrest December 10, 2011.

(X) The Defendant consents to forfeiture of any interest he/she may have in all evidence, including personal property, seized in the case at bar, and further consents to disposition of the evidence by the appropriate law enforcement agency.

(X) The Defendant acknowledges that prior to entering this guilty plea, he/she has been informed of the maximum and minimum sentence that may be imposed and that he/she is waiving the following rights:

. The right to Trial by Jury

. The presumption of innocence

. The right to examine witnesses

. The right to representation by counsel

. The right to present evidence and subpoena witnesses on his/her behalf

. The right not to incriminate oneself

DEFENDANT FURTHER WAIVES ANY AND ALL RIGHTS TO SEEK POST-CONVICTION RELIEF OR POST-SENTENCE RELIEF OF ANY KIND, TO INCLUDE BUT NOT LIMITED TO APPEAL, OR OTHER RELATED MOTIONS, WITH THE EXCEPTION OF HABEAS CORPUS.

THE DEFENDANT ACKNOWLEDGES THAT THE ABOVE IS NOT A BINDING RECOMMENDATION BY THE STATE AND MAY BE WITHDRAWN AT ANY TIME PRIOR TO WRITTEN ACCEPTANCE BY THE DEFENDANT.

Tom Durden
DISTRICT ATTORNEY

_____
Tom Durden
District Attorney
Atlantic Judicial Circuit

_____
Isabel M. Pauley, Special Prosecutor

DATE: 19 July 2013

DEFENDANT

_____
ATTORNEY FOR THE DEFENDANT
( ) Court Appointed

_____
Defendant

DATE: 19/July/2013

## ORDER

The foregoing petition having been heard and considered and upon the presentation of evidence indicating that the negotiated plea is proper, the negotiated plea is hereby approved as to its terms.

SO ORDERED, this 19 day of July, 2013

_____
Judge, Superior Court
Atlantic Judicial Circuit

11